# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Case No. 2:17-cv-00871-APG-PAL |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR ATTORNEYS' FEES** |
| v. | (ECF No. 32) |
| FIVE STAR RESTAURANTS, LLC, *et al.*, | |
| Defendants. | |

Plaintiff Philadelphia Indemnity Insurance Company moves for an award of its attorneys' fees incurred in connection with its motion for an Order to Show Cause regarding the defendants' failure to comply with the preliminary injunction entered in this case. ECF No. 32. The defendants do not oppose. ECF No. 37. The motion is supported by good cause and the amounts sought are reasonable.

IT IS THEREFORE ORDERED that the motion for attorneys' fees **(ECF No. 32) is GRANTED.** Plaintiff Philadelphia Indemnity Insurance is awarded $7,462.50 against the defendants, jointly and severally.

DATED this 28th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE