AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Philadelphia Indemnity Insurance Company

    Plaintiff,

V.

Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, Michelina Scotto

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-00871-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that plaintiff Philadelphia Indemnity Insurance is awarded $7,462.50 against the defendants, jointly and severally, pursuant to Order #38 entered June 29, 2017.

June 29, 2017          /s/ Debra K. Kempi
Date          Clerk

         /s/ M. Morrison
         (By) Deputy Clerk