UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR RESTAURANTS, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00871-APG-PAL<br><br>**ORDER SCHEDULING HEARING**<br><br>(ECF No. 47) |

Based on the parties' Joint Status Report (ECF No. 47), the parties are to continue negotiating over payment of the undisputed amount owed to the claimants and the proper amount of cash collateral to remain on deposit. If the parties are unable to resolve those issues, the court will hold a hearing to address them **on Tuesday, August 29, 2017 at 4:00 p.m. in Las Vegas courtroom 6C**. Should an agreement be reached, the parties are to submit a stipulation and proposed order and the court will vacate the hearing.

DATED this 7th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE