KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for Philadelphia Indemnity Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennyslvania Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, Inc. a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | Case No.: 2:17-cv-00871-APG-PAL<br><br>**ORDER** |

This matter came for hearing before the Court based upon the Parties' Joint Status Report (ECF No. 47). Good cause appearing therefore, the Court orders as follows:

1. The Court's Preliminary Injunction (ECF No. 17) remains in place.

2. Philadelphia Indemnity Insurance Company ("Philadelphia) will pay the undisputed amounts identified in the Joint Status Report (ECF No. 47) in exchange for appropriate releases from each claimant and is to coordinate with Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto (the "Indemnitors") in so doing.

3. The Indemnitors are to replenish the collateral paid beginning with a deposit of $100,000.00 on or before December 31, 2017. The Court anticipates requiring another deposit in early 2018.

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

4. The Parties will come before the Court for a status check on January 31, 2018 at 9:00 A.M. to discuss additional deposits.

5. The Parties are to continue to discuss whether they can stipulate to any alteration to the total amount of collateral security required.

Dated: October 2, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Submitted by:

THE FAUX LAW GROUP


BY: _____
KURT C. FAUX, ESQ.
JORDAN F. FAUX, ESQ.
1540 W. Warm Springs Rd., Ste. 100
Henderson, Nevada 89014
*Attorneys for Philadelphia Indemnity Insurance Company*

Approved as to form and content:

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By:_____
ADAM K. BULT, ESQ.
EMILY A. ELLIS, ESQ.
TRAVIS F. CHANCE, ESQ.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc. Vincent Scotto; and Michelina Scotto*