ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MACKENZIE WARREN, ESQ., Nevada Bar No. 14642
mwarren@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, INC., a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-00871-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PHILADELPHIA INDEMNITY COMPANY'S MOTION TO COMPEL AND FOR SANCTIONS [ECF NO. 52]**<br><br>**(First Request)** |

Defendants Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto ("Defendants"), by and through their counsel of record the law firm of Brownstein Hyatt Farber Schreck, LLP; and Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff", together with Defendants, the "Parties"), by and through its counsel of record The Faux Law Group, hereby stipulate and agree as follows:

1. On December 13, 2017, Plaintiff filed its Motion to Compel and for Sanctions (ECF No. 52).

16254081                                    1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2. Defendants' Opposition is currently due on December 27, 2017. However, Defendants require a two-week extension of time to file an opposition in light of scheduling constraints due to the holidays and deadlines in other matters. Plaintiff has agreed to provide Defendants this two-week extension.

Therefore, subject to this Court's approval, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that Defendants' deadline to file their Opposition to Plaintiff's Motion to Compel and for Sanctions is extended to January 8, 2018, and the Parties hereby request that the Court enter an order providing the same.

DATED this 22nd day of December, 2017.          DATED this 22nd day of December, 2017.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP                                     THE FAUX LAW GROUP

By: /s/ Emily A. Ellis                           By: /s/ Jordan F. Faux
ADAM K. BULT, ESQ., #9332                        KURT C. FAUX, ESQ., #3407
abult@bhfs.com                                   kfaux@fauxlaw.com
EMILY A. ELLIS, ESQ., #11956                     JORDAN F. FAUX, ESQ., #12205
eellis@bhfs.com                                  jfaux@fauxlaw.com
MACKENZIE WARREN, ESQ., #14642                   1540 W. Warm Springs Road, Suite 100
mwarren@bhfs.com                                 Henderson, NV 89014
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614                         *Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is APPROVED.

**IT IS SO ORDERED:**

DATED this 4th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

16254081                                    2