ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MACKENZIE WARREN, ESQ., Nevada Bar No. 14642
mwarren@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br>v.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, INC., a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-00871-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PHILADELPHIA INDEMNITY COMPANY'S MOTION TO COMPEL AND FOR SANCTIONS [ECF NO. 52]**<br><br>**(Second Request)** |

Defendants Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto ("Defendants"), by and through their counsel of record the law firm of Brownstein Hyatt Farber Schreck, LLP; and Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff", together with Defendants, the "Parties"), by and through its counsel of record The Faux Law Group, hereby stipulate and agree as follows:

1. On December 13, 2017, Plaintiff filed its Motion to Compel and for Sanctions ("Motion") (ECF No. 52).

16298177

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2. Defendants' Opposition was due on December 27, 2017. However, Defendants sought a two-week extension of time to file an opposition in light of scheduling constraints due to the holidays and deadlines in other matters. Plaintiff agreed to provide Defendants this two-week extension.

3. Therefore, the Parties filed a Stipulation and Proposed Order for Extension of Time to Respond to Philadelphia Indemnity Company's Motion to Compel and for Sanctions ("First Stipulation") seeking to extend the Defendants' opposition deadline to January 8, 2018. (ECF No. 55).

4. Thereafter, on January 4, 2018, the Court issued an Order granting the First Stipulation. (ECF No. 56).

5. Following entry of the Order, the Parties engaged in efforts to resolve the issues raised in the Motion. In light of the Parties' ongoing efforts to resolve the issues, the Parties hereby agree, subject to the Court's approval, to extend the deadline for Defendants to file their opposition to the Motion until January 19, 2018.

DATED this 9th day of January, 2018.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: */s/ Emily A. Ellis*
ADAM K. BULT, ESQ., #9332
EMILY A. ELLIS, ESQ., #11956
MACKENZIE WARREN, ESQ., #14642
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendants*

DATED this 9th day of January, 2018.

THE FAUX LAW GROUP

By: */s/ Jordan F. Faux*
KURT C. FAUX, ESQ., #3407
JORDAN F. FAUX, ESQ., #12205
1540 W. Warm Springs Road, Suite 100
Henderson, NV 89014

*Attorneys for Plaintiff*

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is APPROVED.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED this 19 day of January, 2018.

16298177

2