UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR RESTAURANTS, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00871-APG-PAL<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DISTRIBUTION OF SALE PROCEEDS** |

I have been informed that the parties are unable to agree on how to distribute the proceeds of the recent asset sale. Each side shall file a brief—no longer than five pages—proposing how the proceeds should be distributed and why. The briefs shall be filed by 5:00 p.m. on Thursday, March 8, 2018. The hearing scheduled for Tuesday, February 27 at 9:00 a.m. is vacated and reset for **Tuesday, March 13, 2018 at 9:00 a.m. in Las Vegas courtroom 6C**. Should an agreement be reached, the parties are to submit a stipulation and proposed order and the court will vacate the hearing.

DATED this 26th day of February, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE