ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MACKENZIE WARREN, ESQ., Nevada Bar No. 14642
mwarren@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br>v.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, INC., a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-00871-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL**<br><br>**(Second Request)** |

Defendants Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto ("Defendants"), by and through their counsel of record the law firm of Brownstein Hyatt Farber Schreck, LLP; and Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff", together with Defendants, the "Parties"), by and through its counsel of record The Faux Law Group, hereby stipulate and jointly request that the Court continue the hearing on Philadelphia's Motion to Compel and For Sanctions (the "Motion") set for March 6, 2018 at 9:00 A.M. and extend the deadline for the Indemnitors to respond to the Motion.

16580720

1

**STIPULATION**

1) On December 13, 2017, Philadelphia filed its Motion. (ECF No. 52).

2) The Parties extended the time for the Indemnitors to respond twice via Stipulation and Order. (ECF No. 56 and ECF No. 59).

3) During that time, the Parties worked diligently to resolve the discovery dispute. The Indemnitors provided additional Interrogatory Responses and Verifications. Additionally, the Parties worked towards mutually agreeable deposition dates and resolution of the fee issue raised in Philadelphia's Motion.

4) On January 31, 2018, the Indemnitors filed an Emergency Motion for Status Conference. (ECF No. 60).

5) On February 1, 2018, Judge Andrew P. Gordon held a Status Conference wherein he instructed, among other things, that $676,189.00 be placed in escrow from a loan to be obtained by Westbury Manor Enterprises, Inc. (the "Loan"), that Philadelphia file any UCC releases necessary for the Loan to close, and that the Parties would negotiate in good faith regarding the distribution of the escrow funds.

6) Philadelphia provided a UCC-3 to Indemnitors and Indemnitors provided an executed copy of the escrow instructions, which reflect Judge Gordon's instructions. The Loan closed and the $676,189.00 was placed in escrow. At that time, the Parties were hopeful that they could agree upon a distribution plan, and that the lawsuit, including the Motion, would be resolved.

7) As such, on February 5, 2018, the Parties filed a Stipulation and Order to Continue Hearing on Motion to Compel ("Stipulation"), seeking that the hearing on the Motion be continued for another 30 days to provide the Parties time to negotiate in good faith towards resolution.

8) The Court issued a Minute Order on February 5, 2018, granting the Stipulation and continuing the hearing on the Motion to March 6, 2018.

9) Thereafter, the Parties attempted to agree upon a distribution plan, but were unsuccessful.

16580720

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

10) Thus, the District Judge ordered the Parties to submit briefs on the issue on or before Thursday, March 8, 2018, and scheduled a hearing on the issue for March 13, 2018, at 9:00 a.m.

11) Because the Parties have not reached a resolution of this issue, they hereby stipulate and jointly request that the Court continue the hearing on the Motion thirty (30) days, and that the Court set a briefing schedule for the Indemnitors to file a response to the Motion and Philadelphia to file a reply in support of the Motion.

12) Both Parties reserve all rights and defenses.

DATED this 5th day of March, 2018.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: */s/ Emily A. Ellis*
ADAM K. BULT, ESQ., #9332
EMILY A. ELLIS, ESQ., #11956
MACKENZIE WARREN, ESQ., #14642
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendants*

DATED this 5th day of March, 2018.

THE FAUX LAW GROUP

By: */s/ Jordan F. Faux*
KURT C. FAUX, ESQ., #3407
JORDAN F. FAUX, ESQ., #12205
1540 W. Warm Springs Road, Suite 100
Henderson, NV 89014

*Attorneys for Plaintiff*

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is APPROVED.

IT IS FURTHER ORDERED that defendants shall have until **March 19, 2018**, to file a response to the motion, and plaintiff shall have until **March 26, 2018**, to file a reply. The hearing in this matter is **CONTINUED** from March 6, 2018, to **10:00 a.m., April 3, 2018**, in Courtroom 3B.

Dated: March 5, 2018

Peggy A. Leen
United States Magistrate Judge

16580720

3