ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MACKENZIE WARREN, ESQ., Nevada Bar No. 14642
mwarren@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br>v.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, INC., a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-00871-APG-PAL<br><br>**ORDER** |

This matter came on for hearing before the Court based upon the Order Setting Briefing Schedule on Distribution of Sale Proceeds (ECF No. 66).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The amount of $100,000.00 shall be immediately released to Philadelphia Indemnity Insurance from the Omni Abstract Corp. Escrow Account No. 020722184 ("Escrow Account");

2. The amount of $326,189.00 shall be immediately released to Westbury Manor Enterprises, Inc. from the Escrow Account.

16614567                                                   1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3. The balance of $250,000.00 shall remain in the Escrow Account pending further order from this Court;

4. The Parties shall continue to work together to agree upon the distribution of the remaining $250,000.00 in the Escrow Account; and

5. In the absence of a mutual resolution, the Parties shall appear before the Court for a Status Check on May 16, 2018 at 9:00 a.m. to discuss additional distributions. Each side shall file a brief – no longer than five pages – proposing how the proceeds should be distributed and providing the basis for their respective proposals. The briefs shall be filed no later than 5:00 p.m. on Wednesday, May 9, 2018. Should an agreement be reached, the parties shall submit a stipulation and proposed order and the Court will vacate the May 16, 2018 Status Check.

Dated: March 14, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW P. GORDON

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Adam K. Bult*
ADAM K. BULT, ESQ., Bar No. 9332
EMILY A. ELLIS, ESQ., Bar No. 11956
MACKENZIE WARREN, ESQ., Bar No. 14642
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendants Five Star Restaurants, LLC;*
*Westbury Manor Enterprises, Inc.; Vincent Scotto;*
*and Michelina Scotto*

Approved as to form and content:

THE FAUX LAW GROUP

By: */s/ Kurt C. Faux*
KURT C. FAUX, ESQ., Bar No. 3407
JORDAN F. FAUX, ESQ., Bar No. 12205
1540 W. Warm Springs Road, Suite 100
Henderson, NV 89014

*Attorneys for Plaintiff*
*Philadelphia Indemnity Insurance Company*

16614567

2