KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
      jfaux@fauxlaw.com
*Attorneys for Plaintiff*
*Philadelphia Indemnity Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, Inc. a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive; <br><br> Defendants. | Case No.:   2:17-cv-00871 <br><br> **STIPULATION AND ORDER TO WITHDRAW MOTION TO COMPEL** |

Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys, The Faux Law Group, and Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto (the "Indemnitors"), through its attorneys, Brownstein Hyatt Farber Schreck, LLP, hereby stipulate to withdrawal of Philadelphia's Motion to Compel set for hearing on April 3, 2018 at 10:00 A.M.

## **STIPULATION**

1) On December 13, 2017, Philadelphia filed its Motion to Compel and For Sanctions ECF No. 52.

2) The Parties extended the time for the Indemnitors to respond twice via Stipulateion and Order.

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

3) During that time, the Parties have worked diligently to resolve the discovery dispute. The Indemnitors provided additional Interrogatory Responses, Verifications, the Parties were working towards mutually agreeable deposition dates, and the Parties were working towards resolution of the fee issues.

4) On January 31, 2018, the Indemnitors filed an Emergency Motion for Status Conference.

5) On February 1, 2018, Judge Gordon held a Status Conference wherein he instructed, among other things, for $676,189.00 to be placed in escrow from a loan to be obtained by Westbury Manor Enterprises, Inc. (the "Loan"), for Philadelphia to file any UCC releases necessary for the Loan to close, and that the Parties would negotiate in good faith regarding the distribution of the escrow funds.

6) The Loan was funded and Judge Gordon issued Order ECF No. 77 regarding distribution of the Loan funds.

7) Given these further developments and in order to allow the parties to continue to work towards full resolution, the Parties agree that Philadelphia's Motion to Compel should be withdrawn without prejudice and the hearing set for April 3, 2018 at 10:00 a.m. should be vacated.

///
///
///
///
///
///
///
///
///
///
///
///

8) Both Parties reserve all rights and defenses.

DATED this 30th day of March, 2018.          DATED this 30th day of March, 2018.

BROWNSTEIN     HYATT     FARBER
SCHRECK, LLP                                 THE FAUX LAW GROUP


By: /s/ Adam K. Bult,                        By: /s/ Jordan F. Faux
ADAM K. BULT, ESQ., Bar No. 9332             KURT C. FAUX, ESQ., Bar No. 3407
abult@bhfs.com                               kfaux@fauxlaw.com
EMILY A. ELLIS, ESQ., Bar No. 11956          JORDAN F. FAUX, ESQ., Bar No. 12205
eellis@bhfs.com                              jfaux@fauxlaw.com
100 North City Parkway, Suite 1600           1540 W. Warm Springs Road, Suite 100
Las Vegas, NV 89106-4614                     Henderson, NV 89014

*Attorneys for Defendants Five Star*         *Attorneys for Plaintiff Philadelphia Indemnity*
*Restaurants, LLC; Westbury Manor*           *Insurance Company*
*Enterprises, Inc.; Vincent Scotto; and*
*Michelina Scotto*


**IT IS SO ORDERED:**


DATED this 2nd day of April, 2018.


UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

The undersigned, an employee of The Faux Law Group, hereby certifies that on the <u>30th</u> day of March, 2018, I served a copy of the foregoing document, **STIPULATION AND ORDER TO WITHDRAW MOTION TO COMPEL** by electronically filing in the CM/ECF system addressed to:

| | |
|---|---|
| | Adam K. Bult, Esq.<br>Emily Ellis, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>*Attorney for Five-Star Restaurants, LLC, Westbury Manor Enterprises, LLC, Vincent Scotto, and Michelina Scotto* |

By:_____ /s/ Jordan F. Faux_____
An Employee of THE FAUX LAW GROUP

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL.- (702) 458-5790