UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR RESTAURANTS, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-00871-APG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 43) filed July 7, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 19, 2018, or 30 days after ruling on dispositive motions. On August 6, 2018, Judge Gordon denied without prejudice the motion for partial summary judgment so that the parties could "resolve this matter through their ongoing settlement discussions." and from what the court can discern from the docket, the parties have been in settlement negotiations since May 2018. *See* Minutes of Proceedings (ECF No. 84).

On September 26, 2018 the parties filed a stipulation requesting "that this action be referred to the Court's alternate dispute resolution program for a settlement conference." *See* ECF No. 87. The court will grant the parties request for a mandatory settlement conference and set a new deadline for refiling dispositive motions and the joint pretrial order if the case is not resolved at the settlement conference.

**IT IS ORDERED** that:

1. The Stipulation for Settlement Conference (ECF No. 87) is **GRANTED**. A settlement conference is scheduled for **9:30 a.m., January 4, 2019**. A separate order shall issue with the specifics for the settlement conference.

2. The parties shall have until **February 4, 2019** to refile dispositive motions if no settlement is reached.

3. The parties shall have until **March 6, 2019**, to file the joint pretrial order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 9th day of October, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE