UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR RESTAURANTS, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-00871-APG-PAL<br><br>ORDER<br><br>(Stip Advance SC – ECF No. 90) |

Before the court is the parties' Stipulation and Proposed Order for Advancing the Settlement Conference Date (ECF No. 90).

On September 26, 2018, the parties filed a Stipulation for Settlement Conference (ECF No. 87) which the court granted in an Order (ECF No. 88) entered October 10, 2018. The court set the settlement conference on its earliest available date of January 4, 2019. The court generally sets three settlement conferences per week and already has a settlement conference scheduled for the parties' requested date of December 5, 2018 in addition to more than 150 pending motions in the court's more than 700 other cases. The parties are of course free to try to settle without the court's assistance. However, if they are unable to do so, they will simply have to wait their turn. Accordingly,

**IT IS ORDERED** that the Stipulation for Advancing the Settlement Conference (ECF No. 90) is **DENIED**.

DATED this 8th day of November 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE