KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for Plaintiff*
*Philadelphia Indemnity Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, Inc. a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | Case No.: 2:17-cv-00871-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING SETTLEMENT CONFERENCE** |

Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys, The Faux Law Group, and Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto (the "Indemnitors"), through its attorneys, Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and jointly request the following:

1) This matter is related to an underlying lawsuit called *Five Star Restaurants, LLC v. Thomas Contracting & Development LLC dba TCD Construction, et al.*, in the Eighth Judicial District Court, Case No. A-16-747417-C (the "Underlying Action").

2) The third parties in the Underlying Action consented to participate in the settlement conference but were not available on the appointed day of January 4, 2019.

3) Despite reasonable, good faith effort, the Parties were not able to find a date where all parties in this action, the Underlying Action, and the Court were all available for a settlement conference.

4) Without the attendance of the parties in the Underlying Action, settlement will not be possible.

5) Therefore, the Parties request that the Settlement Conference set for January 4, 2019 at 9:30 a.m. be vacated.

DATED this 21st day of December, 2018.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Travis F. Chance
ADAM K. BULT, ESQ., Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Bar No. 13800
tchance@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

DATED this 21st day of December, 2018.

THE FAUX LAW GROUP

By: /s/ Jordan F. Faux
KURT C. FAUX, ESQ., Bar No. 3407
kfaux@fauxlaw.com
JORDAN F. FAUX, ESQ., Bar No. 12205
jfaux@fauxlaw.com
1540 W. Warm Springs Road, Suite 100
Henderson, NV 89014

*Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

**IT IS SO ORDERED:**

DATED this 26th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned, an employee of The Faux Law Group, hereby certifies that on the 21st day of December, 2018, I served a copy of the foregoing document, **STIPULATION AND [PROPOSED] ORDER VACATING SETTLEMENT CONFERENCE** by electronically filing in the CM/ECF system addressed to:

| |
|---|
| Adam K. Bult, Esq.<br>Travis Chance, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>*Attorney for Five-Star Restaurants, LLC, Westbury Manor Enterprises, LLC, Vincent Scotto, and Michelina Scotto* |

By:  /s/ Jordan F. Faux
An Employee of THE FAUX LAW GROUP

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790