ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Five Star Restaurants, LLC; Westbury Manor Enterprises, Inc.; Vincent Scotto; and Michelina Scotto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br>v.<br><br>FIVE STAR RESTAURANTS, LLC, a Nevada limited liability company; WESTBURY MANOR ENTERPRISES, INC., a Delaware foreign business corporation; VINCENT SCOTTO, an individual; MICHELINA SCOTTO, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-00871-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PHILADELPHIA INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 95]**<br><br>**(First Request)** |

Defendants Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto ("Defendants"), by and through their counsel of record the law firm of Brownstein Hyatt Farber Schreck, LLP; and Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff", together with Defendants, the "Parties"), by and through its counsel of record The Faux Law Group, hereby stipulate and agree as follows:

1. On January 28, 2019, Plaintiff filed its Motion for Summary Judgment as to Liability ("Motion") (ECF No. 95).

2. Defendants' Opposition to the Motion is due on February 19, 2019. Defendants require additional time to file their response, have requested such time of Plaintiff, and Plaintiff

18773291

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

has agreed to extend Defendants' time to respond subject to a reciprocal extension.

3. This request for extension is made in good faith and not for the purposes of delay.

4. IT IS HEREBY STIPULATED by and among the parties that the deadlines for Defendants to file its response to the Motion is extended to and until February 25, 2019. The deadline to file and serve any reply in support of the Motion is March 11, 2019, pursuant to LR 7-2. This the first request for an extension of time to file the response to the pending Motion.

| | |
|---|---|
| DATED this 15th day of February, 2019. | DATED this 15th day of February, 2019. |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | THE FAUX LAW GROUP |
| By: */s/ Travis F. Chance* <br> ADAM K. BULT, ESQ., #9332 <br> TRAVIS F. CHANCE, ESQ., #13800 <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 | By: */s/ Jordan F. Faux* <br> KURT C. FAUX, ESQ., #3407 <br> JORDAN F. FAUX, ESQ., #12205 <br> WILLI H. SIEPMANN, ESQ., #2478 <br> 2625 North Green Valley Parkway, Suite 100 <br> Henderson, NV 89014 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is APPROVED.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 19, 2019.

18773291

2