# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>FIVE STAR RESTAURANTS, LLC, et al,<br><br>Defendants | Case No.: 2:17-cv-00871-APG-PAL<br><br>**Order For Release of Funds** |

On May 7, 2019, I conducted a status conference to discuss releasing funds being held in an escrow and funds being held by plaintiff Philadelphia Indemnity Insurance Company as collateral. I enter the following order regarding disbursal of some of those funds.

IT IS HEREBY ORDERED that plaintiff Philadelphia Indemnity Insurance Company shall release $70,000.00 of the collateral held in its possession to defendants Five Star Restaurants, LLC, Westbury Manor Enterprises, Inc., Vincent Scotto, and Michelina Scotto (collectively, "Defendants"). Those funds shall be delivered to Louis Palazzo, Esq. on behalf of Alberto Belloni, as designated by the Defendants, **by July 3, 2019**.

IT IS FURTHER ORDERED that plaintiff Philadelphia Indemnity and the Defendants are to coordinate in good faith to prepare escrow instructions such that the $50,000.00 held in Omni Abstract Corp. Escrow Account No. 020722184 is delivered to Louis Palazzo, Esq. on behalf of Alberto Belloni, as designated by the Defendants, **by July 3, 2019**. If the parties cannot agree on escrow instructions, they are to submit competing instructions to the court.

IT IS FURTHER ORDERED that the parties shall file a stipulation to submit to a settlement conference on the remaining attorney fees issue **by July 3, 2019**. If the parties do not

stipulate to a settlement conference, then they are to file supplemental briefs regarding the remaining attorney fees issue by **July 18, 2019**.

DATED this 12th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE